FIRST CAMDEN NATIONAL BANK AND TRUST CO. et al.,
appellants,

v.

HIRAM LODGE NO. 81, FREE AND ACCEPTED MASONS et al.,
respondents.

[Decided October 6th, 1944.]

*Mr. W. Louis Bassle,* for the appellants.

*Messrs. Wolverton & Wolverton, Mr. Ralph N. Kellam, Mr. John Rauffenbart, Mr. Norman W. Harker* and *Mr. Charles M. Phillips,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported at *134 N. J. Eq. 303.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.